## Commonwealth *v.* Hayes et al., Appellants.

Argued April 14, 1971. *Harry A. Heilman, Jr.,* with him *Joseph A. Nickleach,* for appellants; *William L. Henry,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until

they have complied with the sentence, or any part there-
of which had not been performed at the time the appeal
was made a supersedeas.